**AGA MEDICAL CORPORATION, Plaintiff–Appellant,**

v.

**W.L. GORE & ASSOCIATES, INC., Defendant–Appellee.**

**No. 2013–1583.**

United States Court of Appeals, Federal Circuit.

June 9, 2014.

Rehearing Denied July 25, 2014.

J. Derek Vandenburgh, Carlson, Caspers, Vandenburgh, Lindquist and Schuman, P.A., of Minneapolis, MN, argued for plaintiff-appellant. With him on the brief were Alan G. Carlson and Tara C. Norgard. Of counsel on the brief were Gregory G. Garre, Maximilian A. Grant, Matthew J. Moore, and Gabriel K. Bell, Latham & Watkins LLP of Washington, DC; and R.J. Zayed, Dorsey & Whitney, LLP, of Minneapolis, MN.

Judge on May 31, 2014.

James W. Poradek, Faegre Baker Daniels LLP, of Minneapolis, MN, argued for defendant-appellee. With him on the brief were Katherine S. Razavi; and Jared B. Briant and Leslie B. Prill, of Denver, CO. Of counsel were Kevin P. Wagner, of Minneapolis, MN, and Nina Y. Wang, of Denver, CO.

DYK, WALLACH, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**